No. 98–7299. IN RE RIVERA;
No. 98–7983. IN RE RIVERA; and
No. 98–8609. IN RE RICHARDS. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until May 10, 1999, within which to pay the docketing fees required by Rule 38(a) and to

submit petitions in compliance with Rule 33.1 of the Rules of this Court.